RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
PAUL D. RIDDLE
Assistant Federal Public Defender
411 E. Bonneville Ave., Suite 250
Las Vegas, Nevada 89101
Tel: (702) 388-6577
Fax: (702) 388-6261

Attorney for **MARIUSZ HERNIK**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARIUSZ HERNIK,<br><br>Defendant. | Case No.: 15-MJ-480-PAL<br><br>**STIPULATION AND PROPOSED ORDER TO MODIFY THE CONDITIONS OF PRETRIAL RELEASE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Nadia Ahmed, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Paul D. Riddle, Assistant Federal Public Defender, counsel for Mariusz Hernik, that the conditions of Mr. Hernik's pretrial release be modified to remove him from Remote Alcohol Testing which requires the use of an electronic bracelet and instead be placed on random alcohol testing.

This Stipulation is entered into for the following reasons:

1. Mr. Hernik has been compliant with the terms of his pretrial supervision.
2. The parties agree that the modification is appropriate.

///

///

///

///

///

3.   Defense counsel has conferred with Mr. Hernik's Pretrial Service Officer, Mr. Terry Wheaton, who does not object to the proposed modification.

DATED August 11, 2015.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DANIEL G. BOGDEN<br>United States Attorney |
| By: */s/ Paul Riddle*<br>PAUL RIDDLE,<br>Assistant Federal Public Defender | By: */s/ Nadia Ahmed*<br>NADIA AHMED<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARIUSZ HERNIK,<br><br>Defendant. | Case No.: 15-MJ-480-PAL<br><br>**ORDER** |

**ORDER**

    IT IS HEREBY ORDERED, that the conditions of Mr. Hernik's pretrial release be modified to remove him from Remote Alcohol Testing which requires the use of an electronic bracelet and instead be placed on random alcohol testing.

    DATED this __18th__ day of August, 2015.


_____
UNITED STATES MAGISTRATE JUDGE